UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re:<br>MABEL MARIE MCCLASKIE<br>421 LEWIS ST<br>WASHINGTON CH, OH 431601620 | Case No: 05-55757<br><br>Judge: CHARLES M. CALDWELL |

SSN(S): XXX-XX-7314

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

| | |
|---|---|
| Dated: January 25, 2010 | /s/ Frank M. Pees<br>Frank M. Pees<br>Chapter 13 Trustee |

| **Name and Address** | **Amount** |
|---|---|
| MABEL MARIE MCCLASKIE<br>421 LEWIS ST<br>WASHINGTON CH, OH 431601620 | 0.96 |